☒ FILED   ☐ LODGED

**DEC 8 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

CR-22-2653-TUC-JGZ(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violation: 18 U.S.C. § 554<br>18 U.S.C. § 371<br>(Conspiracy to Smuggle Goods From the United States)<br>Count 1 |
| vs. | Forfeiture Allegation |
| 1. Michel Bacasegua-Barriga, | **(UNDER SEAL)** |
| 2. Jose Bacasegua-Barriga, | |
| 3. Mike Anthony Gomez-Lozada, | |
| 4. Marco Olguin-Torres, | |
| 5. Pedro Perez-Trujillo, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown until on or about November 10, 2022, in the District of Arizona and elsewhere, MICHEL BACASEGUA-BARRIGA, JOSE BACASEGUA-BARRIGA, MIKE ANTHONY GOMEZ-LOZADA, MARCO OLGUIN-TORRES, and PEDRO PEREZ-TRUJILLO, defendant herein, and co-conspirators not charged herein, did knowingly and intentionally, combine, conspire, confederate and agree with each other and with others, both known and unknown to the grand jury, to knowingly export and send

*United States of America v. Michel Bacasegua-Barriga et al.*
*Indictment Page 1 of 5*

from the United States, any merchandise, object, or article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any way facilitate the transportation, concealment, and sale of such merchandise, article, or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

## PURPOSE OF THE CONSPIRACY

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition, and other objects from the United States into the Republic of Mexico.   The firearms, ammunition, and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- one Hekler and Koch MP5 .22 caliber rifle, serial number HR011030
- six Century Arms 7.62x39mm rifles, serial numbers RAS47006473, SV7098025, RAS47026243, SV7099247, BFT47004973, and SV7119358
- one DPMS Anvil 7.62x39mm rifle, serial number AV4702287
- two Riley Defense Inc. 7.62x39mm rifles, serial numbers B44771 and B42608
- three Magpul 30-round magazines
- four US Palm 30-round magazines
- one ProMag Industries 30-round magazine
- one Walther Arms Inc. 25-round magazine
- 25 Rounds of Aguila .22 caliber ammunition

## MEANS AND MANNER OF THE CONSPIRACY

The means and methods employed by the Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or their co-conspirators would purchase firearms, ammunition, and other objects in the District of Arizona and elsewhere.

It was further part of the conspiracy that the Defendants and/or their co-conspirators who purchased the firearms, ammunition, and other objects made the purchase on behalf of other co-conspirators.

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds and directions to the purchasing Defendants and/or their co-conspirators to purchase firearms, ammunition, and other objects involved in the conspiracy.

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms, ammunition, and other objects.

It was further part of the conspiracy that the Defendants and/or their co-conspirators would transport these firearms, ammunition, and other objects within the District of Arizona with the knowledge that the firearms and ammunition were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and ammunition from the United States into the Republic of Mexico.

It was further part of the conspiracy that the Defendants and/or their co-conspirators did not have a valid license or other authority to export the firearms and ammunition from the United States into the Republic of Mexico.

OVERT ACTS

In furtherance of the conspiracy, one or more of the Defendants and/or their co-conspirators committed and caused to be committed the following overt acts:

a.    On or about April 28, 2022, MIKE ANTHONY GOMEZ-LOZADA retrieved money from JOSE BACASEGUA-BARRIGA for the purchase of firearms.

b.    On or about May 6, 2022, MICHEL BACASEGUA-BARRIGA contacted JOSE BACASEGUA-BARRIGA to arrange for the storage of firearms in the Phoenix area so they could be later transported to Mexico.

c.    On or about May 10, 2022, MIKE ANTHONY GOMEZ-LOZADA contacted JOSE BACASEGUA-BARRIGA to determine the location of firearms in the Phoenix area so they could later be transported to Mexico.

d.    On or about May 10, 2022, MIKE ANTHONY GOMEZ-LOZADA contacted PEDRO PEREZ-TRUJILLO to coordinate the pickup of guns from PEDRO PEREZ-TRUJILLO in the Phoenix area so they could be later transported to Mexico.

e.    On or about May 11, 2022, MICHEL BACASEGUA-BARRIGA contacted MIKE ANTHONY GOMEZ-LOZADA to coordinate a pick-up of firearms from JOSE BACASEGUA-BARRIGA in the Phoenix, Arizona area.

f.    On or about March 11, 2022, MARCO OLGUIN-TORRES contacted JOSE BACASEGUA-BARRIGA to coordinate the delivery of a firearm to JOSE BACASEGUA-BARRIGA's residence in Phoenix, Arizona so JOSE BACASEGUA-BARRIGA could arrange for the firearm to be further transported to MARCO OLGUIN-TORRES in Mexico.

g.    On May 14, 2022, MIKE ANTHONY GOMEZ-LOZADA met with juvenile A.B.S. in Mesa, Arizona and provided him with several guns, magazines, and ammunition to be smuggled in Mexico.

h.    On May 14, 2022, juvenile A.B.S. attempted to exit the United States from Mexico with the following items concealed in his vehicle:

- one Hekler and Koch MP5 .22 caliber rifle, serial number HR011030
- six Century Arms 7.62x39mm rifles, serial numbers RAS47006473, SV7098025, RAS47026243, SV7099247, BFT47004973, and SV7119358
- one DPMS Anvil 7.62x39mm rifle, serial number AV4702287
- two Riley Defense Inc. 7.62x39mm rifles, serial numbers B44771 and B42608
- three Magpul 30-round magazines
- four US Palm 30-round magazines
- one ProMag Industries 30-round magazine
- one Walther Arms Inc. 25-round magazine

- 25 Rounds of Aguila .22 caliber ammunition



All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

/s/
Presiding Juror
Redacted for public
disclosure

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

Dated:  December 8, 2022

*United States of America v. Michel Bacasegua-Barriga et al.*
*Indictment Page 5 of 5*