GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
FRED A. COCIO
Assistant United States Attorneys
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7327
Email: Craig.Russell@usdoj.gov
Fred.Cocio@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-CR-02653-TUC-JGZ-3 |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Mike Anthony Gomez-Lozada, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

On November 21, 2023, the defendant pled guilty to engaging in the business of dealing firearms without a license. The government has reviewed the Presentence Report (PSR) and does not object the Total Offense Level calculation of 21 and the defendant's placement in Criminal History Category I.

The probation department included an enhancement under U.S.S.G. 2K2.1(b)(4)(B)(i) because, on December 9, 2021, the defendant was in possession of a firearm with an obliterated serial number. The defendant faced state charges and was convicted in Santa Cruz County Superior Court for Misconduct Involving Weapons for this incident. (PSR ¶ 44.) For this reason, the government did not include this enhancement in the plea agreement. Thus, there is a variance between the guideline calculations in the

PSR and the guideline calculations in the plea agreement. The government respectfully requests that his court accept the plea agreement and sentence the defendant accordingly.

The applicable guideline range in the plea agreement is 24 to 30 months. The plea agreement allows the defendant to move for a variance below the stipulated range and the defendant can withdraw from the plea agreement if he receives a sentence above the low end of the guideline range.

The defendant was an average participant in the gun-trafficking organization. (PSR ¶ 21.) He procured firearms and ammunition using his own money in the United States and profited from the sale of these items in Mexico. (PSR ¶21.) In aggravation, the defendant was arrested and prosecuted by state authorities in December 2021 yet still continued to participate in the conspiracy.

The probation department is recommending a sentence of 24 months. The government concurs with this recommendation. Such a sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 26th day of March, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/Craig H. Russell*

CRAIG H. RUSSELL
FRED A. COCIO
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 26th day of March, 2024, to:

ALL ECF Participants